| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF COLORADO, DENVER DIVISION |
| Case number *(if known)* _____  Chapter __11__ |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  
   **WPB Hospitality, LLC**

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  
   27-0223459

4. **Debtor's address**

   **Principal place of business**  
   **5466 S Hannibal Ct**  
   **Aurora, CO 80015-4282**  
   Number, Street, City, State & ZIP Code

   **Arapahoe**  
   County

   **Mailing address, if different from principal place of business**  
   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**  
   **16161 E 40th Ave Denver, CO 80239**  
   Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)

6. **Type of debtor**  
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

Debtor  **WPB Hospitality, LLC**  Case number (*if known*) _____
_____
Name

**7. Describe debtor's business**

A. *Check one:*
☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:
  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Official Form 201 **Voluntary Petition for Non-Individuals Filing for Bankruptcy** page 2

Debtor     **WPB Hospitality, LLC** _____     Case number (*if known*) _____
                Name

11. **Why is the case filed in** *this district?*    *Check all that apply:*

    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
    
    ☐ No
    
    ■ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
    
    **Why does the property need immediate attention?** (*Check all that apply.*)
    
    ■ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    
    What is the hazard?     **Construction of a building**
    
    ■ It needs to be physically secured or protected from the weather.
    
    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    
    ☐ Other _____
    
    Where is the property?     **16161 E 40th Ave**
                               **Denver, CO, 80239**
                               Number, Street, City, State & ZIP Code
    
    **Is the property insured?**
    
    ■ No
    
    ☐ Yes.   Insurance agency _____
             Contact name       _____
             Phone              _____

■ **Statistical and administrative information**

13. **Debtor's estimation of available funds**     *Check one:*

    ☐ Funds will be available for distribution to unsecured creditors.
    
    ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**
    
    | ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
    |---|---|---|
    | ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
    | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
    | ☐ 200-999 | | |

15. **Estimated Assets**
    
    | ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
    |---|---|---|
    | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
    | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
    | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

16. **Estimated liabilities**
    
    | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
    |---|---|---|
    | ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
    | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
    | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **WPB Hospitality, LLC**     Case number (*if known*) _____
     Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 3, 2018**
                 MM / DD / YYYY

X **/s/ Wanda Bertoia**              **Wanda Bertoia**
   Signature of authorized representative of debtor     Printed name

Title    **Owner**

**18. Signature of attorney**

X **/s/ Arthur Lindquist-Kleissler**       Date **October 3, 2018**
   Signature of attorney for debtor                            MM / DD / YYYY

**Arthur Lindquist-Kleissler**
Printed name

**Lindquist-Kleissler & Company, LLC**
Firm name

**950 S Cherry St Ste 418**
**Denver, CO 80246-2662**
Number, Street, City, State & ZIP Code

Contact phone **(303) 691-9774**     Email address **arthuralklaw@gmail.com**

**9822 Colorado**
Bar number and State

```
Aileron Investment Management, LLC
3410 W Cypress St Ste 101
Tampa, FL   33607-5008


Alpine Hospitality
6210 Tower Rd
Denver, CO   80249-6703


AM Lending Center, LLC
1 World Trade Ctr Ste 1180
Long Beach, CA   90831-0023


Bing Sellers
3879 E 120th Ave # 345
Thornton, CO   80233-1658


City & County of Denver
Treasury Division
PO Box 17420
Denver, CO   80217-0420


Colorado Attorney General
1300 N Broadway Fl 10
Denver, CO   80203-2104


Colorado Department of Revenue
Attn: Bankruptcy Department
1375 Sherman St
Denver, CO   80261-3000
```

```
Denver County Public Trustee
201 W Colfax Ave
Denver, CO   80202-5329


HD Supply
10000 E 56th Ave Unit 130
Denver, CO   80238-3899


Metro Building Products, Inc.
2115 S Valentia St
Denver, CO   80231-3324


Moye White LLP
1400 16th St Fl 6
Denver, CO   80202-1486


O'Brien Concrete Pumping Colorado
4388 S Windmere St
Englewood, CO   80110


Redd Iron, Inc.
Atkins, David
10421 E 106th Ave
Brighton, CO   80601-7177


Rio Grande Company
201 Santa Fe Dr
Denver, CO   80223-1328
```

```
Summit Services Group, LLC
15690 E 53rd Ave
Aurora, CO   80011


United Rentals North Am Inc.
6125 Lakeview Rd Ste 300
Charlotte, NC   28269-2616


Urban West Construction, LLC
3155 E 104th Ave Unit 8E
Thornton, CO   80233-4215
```