| Fill in this information to identify the case: | |
|---|---|
| Debtor name | WPB Hospitality, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO, DENVER DIVISION |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Aileron Investment Management, LLC<br>3410 W Cypress St Ste 101<br>Tampa, FL 33607-5008 | | Bank loan | | $500,615.00 | $0.00 | $500,615.00 |
| Alpine Hospitality<br>6210 Tower Rd<br>Denver, CO 80249-6703 | | Trade debt | | | | $5,025,743.00 |
| AM Lending Center, LLC<br>1 World Trade Ctr Ste 1180<br>Long Beach, CA 90831-0023 | | Bank loan | | $4,500,000.00 | $0.00 | $4,500,000.00 |
| Bing Sellers<br>3879 E 120th Ave # 345<br>Thornton, CO 80233-1658 | | Trade debt | | | | $63,500.00 |
| City & County of Denver<br>Treasury Division<br>PO Box 17420<br>Denver, CO 80217-0420 | | Trade debt | | | | $0.00 |
| Colorado Department of Revenue<br>Attn: Bankruptcy Department<br>1375 Sherman St<br>Denver, CO 80261-3000 | | | | | | $0.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor **WPB Hospitality, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| HD Supply<br>10000 E 56th Ave<br>Unit 130<br>Denver, CO<br>80238-3899 | | Trade debt | | | | $0.00 |
| Metro Building Products, Inc.<br>2115 S Valentia St<br>Denver, CO<br>80231-3324 | | Trade debt | | | | $4,650.00 |
| O'Brien Concrete Pumping Colorado<br>4388 S Windmere St<br>Englewood, CO<br>80110 | | Trade debt | | | | $10,998.00 |
| Redd Iron, Inc.<br>Atkins, David<br>10421 E 106th Ave<br>Brighton, CO<br>80601-7177 | **Mechanics Lien** | Trade debt | | | | $53,220.00 |
| Rio Grande Company<br>201 Santa Fe Dr<br>Denver, CO<br>80223-1328 | | Trade debt | | | | $45,353.00 |
| Summit Services Group, LLC<br>15690 E 53rd Ave<br>Aurora, CO 80011 | | Trade debt | | | | $0.00 |
| United Rentals North Am Inc.<br>6125 Lakeview Rd<br>Ste 300<br>Charlotte, NC<br>28269-2616 | | Trade debt | | | | $21,826.00 |
| Urban West Construction, LLC<br>3155 E 104th Ave<br>Unit 8E<br>Thornton, CO<br>80233-4215 | | Trade debt | | | | $1,710.00 |

