## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

IN RE:                              )
                                    )
                                    )     Case No. 18-18636-EEB
WPB HOSPITALITY, LLC                )
                                    )
                                    )
                                    )
Debtors.                            )
                                    )
                                    )

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

PLEASE TAKE NOTICE that American Lending Center, LLC ("ALC") and Aileron Investment Management, LLC ("Aileron"), by and through its counsel David A. Laird of Moye White LLP, hereby appears in the above-captioned case pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and hereby requests that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the persons listed below at the following address, telephone and facsimile number and e-mail address:

David A. Laird, Esq.
Moye White, LLP
16 Market Square, 6th Floor
1400 16th Street
Denver, CO 80202
Telephone:  (303) 292-2900
Facsimile:  (303) 292-4510
david.laird@moyewhite.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that the undersigned intends that neither this Notice of Appearance and Requests for Notices nor any later appearance, pleadings, claim or suit shall be deemed or construed to be a waiver of the rights of ALC or Aileron:  (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) or any other rights, claims, actions, setoffs, or recoupments to which ALC and/or Aileron are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments ALC and Aileron expressly reserve.

**Dated:** Denver, Colorado
October 3, 2018.

MOYE WHITE LLP

/s/*David A. Laird*
David A. Laird, Esq.
Moye White LLP
1400 16th Street, 6th Floor
Denver, Colorado 80202
Email:  david.laird@moyewhite.com
Phone:  (303) 292-2900
Fax:     (303) 292-4510
*Counsel for American Lending Center, LLC*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served this 3rd day of October, 2018, via CM/ECF notice and/or U.S. Mail.

**Arthur Lindquist-Kleissler**
950 S. Cherry St.
Ste. 418
Denver, CO 80246     representing
303-691-9774
303-200-8994 (fax)
Arthuralklaw@gmail.com
*Assigned: 10/03/2018*

**WPB Hospitality, LLC**
5466 S Hannibal Ct
Aurora, CO 80015-4282
*(Debtor)*

*U.S. Trustee*
**US Trustee**
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294

*/s/Lisa R. Oliver*

3