IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ) | Case No. 18-18636-EEB |
| WPB HOSPITALITY, LLC ) | |
| ) | |
| ) | |
| ) | |
| Debtor. ) | |
| ) | |

**ORDER ON MOTION FOR RELIEF FROM STAY**

<u>**American Lending Center, LLC**</u>, (the "Movant") has filed herein a motion for relief from stay.

(1) ☒ to foreclose on and/or take possession and control of property described as follows:
<u>Debtor's real property located at 16161 E. 40th Avenue, Denver, Colorado  80239, as described in that Deed of Trust recorded in the real property records of the City and County of Denver, at Reception No. 2016002425, and the Collateral described in that Commercial Security Agreement granted by the Debtor to Movant on December 31, 2015.</u>

The Court, being duly advised, and any objections having been resolved, withdrawn, or overruled, hereby orders that the relief sought by the motion should be granted, and Movant is hereby granted relief from stay in order to proceed to take possession of, by way of the appointment of a receiver and otherwise, and to foreclose on the collateral above described, or if applicable, to proceed with the above described litigation (but not to seek to enforce any judgment Movant may obtain against the debtor personally or the debtor's post-petition property.)

DATED _____                                    BY THE COURT:

                                                                                 _____
                                                                                 United States Bankruptcy Judge