IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | ) |
| | ) |
| | ) Case No. 18-18636-EEB |
| WPB HOSPITALITY, LLC | ) |
| | ) |
| | ) |
| | ) |
| Debtors. | ) |
| | ) |
| | ) |

**ORDER GRANTING CREDITOR AMERICAN LENDING CENTER, LLC'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. § 1112(b)(4)(C)**

THIS MATTER, having come before the Court on Creditor American Lending Center, LLC's Motion to Dismiss Pursuant to 11 U.S.C. § 1112(b)(4)(C) (the "Motion"), the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being roper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and sufficient cause, the Court hereby FINDS that:

A. Notice of the Motion was proper;

B. "Cause" exists under Section 1112(b) of the Bankruptcy Code to dismiss Debtor's Chapter 11 case because Debtor did not insure the subject property.

THEREFORE, the Court hereby ORDERS that the Motion is GRANTED and Debtor's Chapter 11 case is hereby dismissed pursuant to Section 1112(b) of the Bankruptcy Code.

DATED:_____                     BY THE COURT:

                                        _____
                                        United States Bankruptcy Judge