B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Colorado

In re WPB Hospitality, LLC ,   Case No. 18-18636-EEB

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Abbas Consulting, Inc. | Rio Grande Co. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Joyce W. Lindauer
12720 Hillcrest Road, Suite 625
Dallas, TX 75230

Phone: 972-503-4033
Last Four Digits of Acct #: _____

Court Claim # (if known): 2
Amount of Claim: $53,830.49
Date Claim Filed: 11/20/2018

Phone: 303-722-6500
Last Four Digits of Acct. #: 1101

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ A JTorg   Date: 12/19/2018
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.