

December 20, 2018

**VIA EMAIL**

Arthur Lindquist-Kleissler, Esq.
Lindquist-Kleissler & Company
950 S Cherry St # 710
Denver, CO 80246
Email: arthuralklaw@gmail.com

Re:   *WPB Hospitality, LLC – U.S. Bankruptcy Court Case No. 18-18636-EEB*

Dear Art:

Please find the enclosed balances due on the two (2) subject promissory notes held by my client. A couple items of note. First, by transmitting this information to you, my client is in no way conceding (or even suggesting) that your client has any right or ability to purchase my client's promissory notes and other loan documents. Moreover, your client also does not have the right to solicit a sale of my client's property. I note that despite my request, as of this date, you have provided me with no authority which suggests that the court can compel my client to sell its promissory notes and other loan documents. Second, the legal fees and costs set forth on the attached are good through November of 2018. Obviously, we have been incurring attorney's fees and costs through December of 2018. We will update those figures should it become necessary to do so.

Sincerely,

Moye White LLP

David A. Laird

/lro
Encl.

cc:  Client
     Timothy M. Swanson, Esq.

Moye White LLP  Attorneys at Law
16 Market Square  6th Floor  1400 16th Street  Denver CO 80202-1486
tel 303 292 2900  fax 303 292 4510  www.moyewhite.com

Exhibit D - 0001

David A. Laird
direct 303.292.7946  david.laird@moyewhite.com

**WPB Hospitality LLC**
**Payoff Summary**
As of 12/28/2018

| | | |
|---|---:|---|
| **A Note Balance** | $ 500,615.02 | |
| Interest (08/01/2018 - 12/28/2018) | $ 27,567.64 | |
| Late Fees (08/01/2018 - 12/28/2018) | $ 1,378.38 | |
| | | |
| **B Note Balance** | $ 4,500,000.00 | |
| Interest (08/01/2018 - 12/28/2018) | $ 247,801.05 | |
| Late Fees (08/01/2018 - 12/28/2018) | $ 12,390.05 | |
| Less: 11/05/2018 Payment Received | $ (35,581.94) | |
| Less: 12/05/2018 Payment Received | $ (35,685.21) | |
| | | |
| Legal Fees and Costs | $ 90,095.27 | Through November 2018 |
| Property Inspection | $ 1,750.00 | |
| Travel | $ - | |
| Title Cost | $ - | |
| Court Filing Fee | $ - | |
| Secuirty Montitoring | $ - | |
| **Total** | **$ 5,310,330.26** | |

| | | |
|---|---:|---|
| **A Note:** | | |
| Interest - Daily per Diem | $ 116.07 | |
| Late Fee - Daily per Diem | $ 5.80 | |
| | | |
| **B Note:** | | |
| Interest - Daily per Diem | $ 1,668.37 | |
| Late Fee - Daily per Diem | $ 83.42 | |