

P.O. Box 2017
Lewiston, ME 04241-2017
800.284.5989
neinformation@northeastbank.com

555501 526 01 007900 01
WPB HOSPITALITY LLC
AILERON INV MGT CONTROL ACCOUNT
5466 S HANNIBAL CT
CENTENNIAL CO 80015

## Account Summary

| | |
|---|---|
| Account Title: | WPB HOSPITALITY LLC |
| Account Number: | 6500009391 |
| Account Type: | Business Savings |
| Statement Dates: | 8/01/18 thru 9/03/18 |
| Days in the Statement Period: | 34 |
| Number of Enclosures: | 0 |
| Previous Balance: | $216,095.77 |
| Deposits/Credits (+): | $0.00 |
| Checks/Debits (-): | $0.00 |
| Service Charge: | $0.00 |
| Interest Paid: | $20.13 |
| Current Balance: | $216,115.90 |
| Average Balance: | $216,095.77 |
| Average Available: | $216,095.77 |

## Account Activity

**ATTENTION:** We are proud to announce a new and improved statement design! The fresh format is easy to navigate and provides clear and transparent access to your account information. As always, we welcome your feedback and hope you enjoy the updates.

### DEPOSITS & WITHDRAWALS

| DATE | DESCRIPTION | DEBITS (-) | CREDITS (+) | BALANCE |
|---|---|---|---|---|
| 09/03 | Interest Deposit | | $20.13 | $216,115.90 |

### INTEREST RATE SUMMARY

| DATE | RATE | Annual Percentage Yield Earned | 2018 Interest Paid |
|---|---|---|---|
| 7/31 | 0.10% | 0.10% | $145.60 |

Exhibit E - 0001

Member FDIC

If you have any questions, please don't hesitate to call us at 1-800-284-5989.