**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| WPB Hospitality, LLC | ) | Case No. 18-18636-EEB |
| Tax ID / EIN: 27-0223459, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING THE UNITED STATES TRUSTEE'S MOTION**
**TO DISMISS OR CONVERT CHAPTER 11 CASE**

This matter came on before the Court on the United States Trustee's Motion to Dismiss or Convert Chapter 11 Case pursuant to 11 U.S.C. § 1112(b), and the Court finding good cause for granting the motion:

**IT IS ORDERED** that the above-captioned case is hereby:

_____ Dismissed.

_____ Converted to Chapter 7.

Dated:_____          By the Court:


                                  _____
                                  Elizabeth E. Brown, Judge
                                  United States Bankruptcy Court