**Fill in this information to identify the case:**

Debtor Name _WPB Hospitality, LLC_

United States Bankruptcy Court for the: _____ District of _Colorado_

Case number: _18-18636-EEB_

☐ Check if this is an amended filing

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11  12/17

Month: _Nov. 2019_  Date report filed: _12/9/2019_
MM / DD / YYYY

Line of business: _HOTEL_  NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: _WANDA BERTOIA_

Original signature of responsible party _Wanda Bertoia_

Printed name of responsible party _WANDA BERTOIA_

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☐ | ☒ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☒ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☒ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☒ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☒ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☒ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Debtor Name **WPB HOSPITALITY, LLC**    Case number **18-18636-EEB**

17. Have you paid any bills you owed before you filed bankruptcy?    ☐ ☒ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐ ☐ ☒

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$  825 38

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$  0

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

– $  0

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $  0 –

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $  825 38

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ 0

*(Exhibit E)*

Debtor Name _____     Case number_____

---

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                          $ _____ 0
    *(Exhibit F)*

---

## 5. Employees

26. What was the number of employees when the case was filed?                           

27. What is the number of employees as of the date of this monthly report?

---

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?   $ _____ 0

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ 25,000

30. How much have you paid this month in other professional fees?                            $ _____ 0

31. How much have you paid in total other professional fees since filing the case?           $ _____ 0

---

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month.
Projected figures in the first month should match those provided at the initial debtor interview, if any.



|  | *Column A* Projected | − | Column B Actual | = | *Column C* Difference |
|---|---|---|---|---|---|
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ 0 | − | $ _____ 0 | = | $ _____ 0 |
| 33. **Cash disbursements** | $ _____ 0 | − | $ _____ 0 | = | $ _____ 0 |
| 34. **Net cash flow** | $ _____ 0 | − | $ _____ 0 | = | $ _____ 0 |

35. Total projected cash receipts for the next month:                                   $ _____ 0

36. Total projected cash disbursements for the next month:                            - $ _____ 0

37. Total projected net cash flow for the next month:                                 = $ _____ 0

---

Debtor Name _____    Case number_____

| | 8. Additional Information |

If available, check the box to the left and attach copies of the following documents.

☒ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☒ 39.  Bank reconciliation reports for each account.   N/A

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

# Wells Fargo Simple Business Checking

November 30, 2019 ■ Page 1 of 3





002065 1 AV 0.383 838442

WPB HOSPITALITY, LLC
DEBTOR IN POSSESSION
CH11 CASE #18-18636(CO)
5466 S HANNIBAL CT
CENTENNIAL CO 80015-4282

## Questions?

Available by phone 24 hours a day, 7 days a week:
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (163)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☐ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 11/1 | $825.38 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 0.00 |
| Ending balance on 11/30 | $825.38 |
| Average ledger balance this period | $825.38 |

Account number: **XXXXXX0826**

WPB HOSPITALITY, LLC
DEBTOR IN POSSESSION
CH11 CASE #18-18636(CO)

*Colorado account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): **XXXXXX**

For Wire Transfers use
Routing Number (RTN): **XXXXXX**

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

November 30, 2019 ■ Page 2 of 3



## Monthly service fee summary (continued)

| Fee period 11/01/2019 - 11/30/2019 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| • Average ledger balance | $500.00 | $825.00 ☑ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days.
Transactions occurring after the last business day of the month will be included in your next fee period.
C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 0 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

 IMPORTANT ACCOUNT INFORMATION

We are updating the Wells Fargo Deposit Account Agreement as follows:

Effective December 31, 2019, in the section of the Agreement titled, "Rights and Responsibilities", the response to "Is your wireless operator authorized to provide information to assist in verifying your identity?" is deleted and replaced with the following:

Yes, and as part of your account relationship, we may rely on this information to assist in verifying your identity. You understand and agree that Wells Fargo may collect, use and retain personal or other information about you or your device pursuant to Wells Fargo's policies or as required by applicable law.

You authorize your wireless operator to disclose your mobile number, name, address, email, network status, customer type, customer role, billing type, mobile device identifiers (IMSI and IMEI) and other subscriber and device details, if available, to Wells Fargo and service providers for the duration of the business relationship, solely for identity verification and fraud avoidance. Review our Privacy Policy for how we treat your data. You represent that you are the owner of the mobile phone number or have the delegated legal authority to act on behalf of the mobile subscriber to provide this consent.

0102 98



November 30, 2019 ■ Page 3 of 3



## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your                    $ _____
register or transfers into                          $ _____
your account which are not                          $ _____
shown on your statement.                          + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | **Total amount** $ |        |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

Wells Fargo Bank
Transaction Receipt

Branch #0063948 2          Deposit

Account Number            XXXXXX0826
CHK 00163
Serial #
Cash In                      $625.38
   Loose Currency
      $100              $100.00
      Sub total         $100.00

Total Deposit                $625.38

Deposit Availability
The full amount of your deposit is
included in your available balance.

Transaction # 043 0057
12:47PM  10/24/18
Deposit Credit Date: 10/24/18

Thank you for your business.

Enjoy the convenience of

scheduling appointments online at

wellsfargo.com/appointments

Thank you, RANA

No VViTHDRAWALS
        oR
DEPOSiTS



Case:18-18636-EEB   Doc#:252   Filed:11/05/19   Entered:11/05/19 11:44:04   Page6 of 10

Debtor(s): _____

Case No. _____

Exhibit 7

## CASH FLOW PROJECTIONS FOR THE 6 MONTH PERIOD:
_____ through_____

This schedule must be completed and submitted to the United States Trustee within **14 days** after the order for relief as part of the Initial Financial Report.  Amended cash flow projections should be submitted as necessary.

| | Month | Month | Month | Month | Month | Month | Total |
|---|---|---|---|---|---|---|---|
| Beginning Cash Balance | | | | | | | |
| **INCOME & RECEIPTS** | | | | | | | |
| CASH SALES | | | | | | | |
| ACCTS REC. COLLECTION | | | | | | | |
| SALE OF ASSETS | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | |
| TOTAL RECEIPTS | | | | | | | |
| **EXPENSES & DISBURSEMENTS** | | | | | | | |
| RENT | | | | | | | |
| EMPLOYEE SALARIES | | | | | | | |
| EMPLOYEE BENEFITS | | | | | | | |
| OWNER/OFFICER SALARIES | | | | | | | |
| OWNER/OFFICER BENEFITS | | | | | | | |
| TAXES | | | | | | | |
| BANK NOTES PAYABLE | | | | | | | |
| VEHICLE NOTES PAYABLE | | | | | | | |
| VEHICLE EXPENSES | | | | | | | |
| MAINTENANCE | | | | | | | |
| INSURANCE | | | | | | | |
| INVENTORY | | | | | | | |
| SUPPLIES | | | | | | | |
| UTILITIES | | | | | | | |
| PROFESSIONAL FEES* | | | | | | | |
| U.S. TRUSTEE FEES | | | | | | | |
| COURT COSTS | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | |
| TOTAL DISBURSEMENTS | | | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | | | | | | | |
| Ending Cash Balance | | | | | | | |

*Requires Court approval

Exhibit 6

**POST CONFIRMATION QUARTERLY REPORT**

DEBTOR(S): _____

CASE NO: _____

FOR QUARTER ENDED: _____

SUMMARY OF DISBURSEMENTS MADE DURING QUARTER:

1. CASH BALANCE, BEGINNING OF QUARTER
2. CASH RECEIPTS DURING QUARTER FROM ALL SOURCES
3. CASH DISBURSEMENTS DURING QUARTER, INCLUDING PLAN PAYMENTS
4. CASH BALANCE, END OF QUARTER (OR AS OF REPORT DATE FOR FINAL REPORT)

$ _____ (1)

( _____ )

$ _____ (1)

SUMMARY OF AMOUNTS DISBURSED UNDER PLAN:

| | Paid During Quarter | Total Paid to Date | Total Payments Projected Under Plan |
|---|---|---|---|
| 1. ADMINISTRATIVE EXPENSES | | | |
| Plan Trustee Compensation | $ _____ | $ _____ | $ _____ |
| Plan Trustee Expense | _____ | _____ | _____ |
| Attorney Fees - Trustee | _____ | _____ | _____ |
| Attorney Fees - Debtor | _____ | _____ | _____ |
| Other Professionals | _____ | _____ | _____ |
| Other Administrative Expenses | _____ | _____ | _____ |
| TOTAL ADMINISTRATIVE EXPENSES | $ _____ | $ _____ | $ _____ |
| 2. SECURED CREDITORS | $ _____ | $ _____ | $ _____ |
| 3. PRIORITY CREDITORS | $ _____ | $ _____ | $ _____ |
| 4. UNSECURED CREDITORS | $ _____ | $ _____ | $ _____ |
| 5. EQUITY SECURITY HOLDERS | $ _____ | $ _____ | $ _____ |
| 6. OTHER: | $ _____ | $ _____ | $ _____ |
| TOTAL PLAN PAYMENTS (lines 1 - 6) | $ _____ | $ _____ | $ _____ |

| | Amount | Date | Check No. |
|---|---|---|---|
| QUARTERLY FEE PAID: | $ _____ | _____ | _____ |

PLAN STATUS:

|  |  | Yes | No |
|---|---|---|---|
| 1. | Have all payments been made as set forth in the confirmed plan?  (If no, attach explanation.) | ☐ | ☐ |
| 2. | Are all post-confirmation obligations current?  (If no, attach explanation.) | ☐ | ☐ |
| 3. | Projected date of application for final decree: _____ | | |

*I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING POST CONFIRMATION QUARTERLY REPORT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.*

Attach additional sheets as necessary

Reorganized Debtor
By: _____
Title _____

Email & Phone: _____

(1) Cash balances include retainers held by professionals (i.e. COLTAF accounts).